IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ANDY WESSON                                                                                              PLAINTIFF

VS.                                              CASE NO. 13-CV-4066

TYSON FOODS, INC.                                                                                   DEFENDANT

## ORDER

Before the Court is a Motion for Summary Judgment filed on behalf of Defendant Tyson Foods, Inc. (ECF No. 13). Plaintiff has filed a response to the motion (ECF No. 17) and Defendant has filed a reply. (ECF No. 23). The Court finds this matter ripe for consideration.

For the reasons stated in the Memorandum Opinion of even date, the Court finds that Defendant's Motion for Summary Judgment (ECF No. 13) should be and hereby is **DENIED**.

**IT IS SO ORDERED**, this 5th day of September, 2014.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge