IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ANDY WESSON                                                                                              PLAINTIFF

VS.                                       CASE NO. 13-CV-4066

TYSON FOODS, INC.                                                                                    DEFENDANT

## ORDER

Before the Court is a Motion to Withdraw as Counsel filed by Defendant's attorney, Marshall S. Ney.  (ECF No. 36).  Mr. Ney seeks to withdraw himself as attorney of record for Defendant.  Defendant continues to be represented in this matter by Kathlyn Graves and Byron L. Freeland.

Upon consideration, the Court finds that the motion should be and hereby is **GRANTED**.  Marshall Ney, is hereby relieved as attorney of record for Defendant.  The Clerk is directed to remove Mr. Ney from the CM/ECF notification system for this case.

**IT IS SO ORDERED**, this 25th day of February, 2015.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge