# UNITED STATES DISTRICT COURT
for the
Western District of Arkansas

| ANDY WESSON | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 4:13-CV-4066 |
| TYSON FOODS, INC. | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The complaint is dismissed with prejudice on the Motion for Directed Verdict by Defendant, Tyson Foods, Inc. Judgment is hereby entered against Plaintiff, Andy Wesson, and for Defendant, Tyson Foods, Inc.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Susan O. Hickey on a motion for Directed Verdict by the Defendant, Tyson Foods, Inc.

Date: March 24, 2015

CLERK OF COURT

/s/ Robin W. Gray

*Signature of Clerk or Deputy Clerk*