IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ANDY WESSON                                                                                              PLAINTIFF

v.                                         Civil No. 4:13-cv-04066

TYSON FOODS, INC.                                                                                   DEFENDANT

# ORDER

Plaintiff has filed a motion to appeal *in forma pauperis*. ECF No. 48. Upon review of Plaintiff's motion, the Court **GRANTS** this Motion.

**IT IS SO ORDERED this 27th day of April 2015.**

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE